**FILED**

JUL 24 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE _____ COURT
OF Allen COUNTY, Indiana
   (county)         (state)

Wiley Buttaro
Plaintiff

Case No. 1:23CV316

Vs.

Allen County Jail
Defendant

**MOTION** Civil lawsuit For Prisoner Rights Chanda Clerk of Federal Court Please File This lawsuit on or about the 17th of July 2023 at 1800 hours I was Refused my Religon by the staff here workin L-Block at Allen County Jail they Refused to let me go to Church this isn't Fair to be denied my Religon by any means this is Harassment cruel and unusal Punishment they inflicted this isn't cool I left the case number Blank For a new case number against the Jail can you Please File this charge of Discrimination towards my Religon Please File it thanks

**WHERFORE**, the Defendant respectfully requests that this honorable court Files A Civil Lawsuit Against Allen County Jail For The Harassment

I affirm, under the penalties for perjury, that the foregoing representation(s) is (are) true.

Wiley Buttaro
Petitioner

*[signature]*
Signature of Petitioner