UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILEY BUTTARO, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN COUNTY JAIL, <br><br> Defendant. | CAUSE NO. 1:23-CV-316-HAB-SLC |

ORDER

Wiley Buttaro, a prisoner without a lawyer, was granted until August 29, 2023, to resolve his filing fee status. ECF 2. He was cautioned that if he did not respond by the deadline, this case could be dismissed without further notice. *Id.* The deadline has passed and he has not responded. This case will be dismissed, but because he filed it when he was a prisoner, he is required by 28 U.S.C. § 1915(b) to pay the filing fee.

For these reasons, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **Wiley Buttaro, IDOC # Unknown, Allen County Jail # Unknown**, to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on September 12, 2023.

                                                s/Holly A. Brady
                                                CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT